# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**NINA JENKINS, et al.,**

    **Plaintiffs,**

v.                           **CASE NO. 3:24cv388-MCR/HTC**

**JERICO PICTURES INC**
**doing business as**
**NATIONAL PUBLIC DATA,**

    **Defendant.**

_____/

## NOTICE OF DISMISSAL

The Plaintiffs have voluntarily dismissed this case without prejudice prior to the filing of an answer or summary judgment motion, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and have notified the Court that the underlying bankruptcy has been dismissed. Therefore, the case is closed, and Plaintiffs have no further obligation to file status reports.

    **DONE AND ORDERED** this 16th day of April 2025.

                                          *M. Casey Rodgers*
                                   **M. CASEY RODGERS**
                                   **UNITED STATES DISTRICT JUDGE**